IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES. ST. JOHN,<br>Plaintiff | §<br>§<br>§ |
| vs. | § C. A. No. H-06-2339<br>§ |
| REGIS CORPORATION;<br>Defendant | §<br>§<br>§ |

**ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR LEAVE
TO EXTEND THE EXPERT WITNESS DEADLINES**

ON THIS DAY came on for hearing Plaintiff's Motion for Leave to Extend the Expert Witness Deadlines. The Court having considered the Motion and heard the arguments of counsel finds same is well taken. Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Leave to Extend the Expert Witness Deadlines is GRANTED and Plaintiff's Expert Witness deadline is extended to _____. Defendant's Expert Witness deadline will be _____.

It is so ORDERED.

SIGNED this _____ day of _____, 2007.

_____
JUDGE PRESIDING

APPROVED:

PHILLIPS & AKERS, P.C.

*Brock C. Akers*

Brock C. Akers
State Bar No. 00953250
3200 Phoenix Tower
3200 Southwest Freeway
Houston, Texas 77027
Telephone: (713) 552-9595
Facsimile:  (713) 877-2531
ATTORNEY FOR PLAINTIFF